**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6604

ANGELO B. HAM, a/k/a Angelo Bernard Ham,

          Plaintiff – Appellant,

     v.

JON OZMINT; ANTHONY J. PADULA; JOHN J. BROOKS; BRUCE
OBERMAN; RONNIE CRIBB; DARRYL CAIN, Sergeant of SMU at
L.C.I.; CHRISTOPHER GODFREY, Officer of SMU at L.C.I.,

          Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, Chief District
Judge. (6:10-cv-01095-DCN)

Submitted: September 29, 2011      Decided: October 5, 2011

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angelo B. Ham, Appellant Pro Se.  Steven Barry Johnson, G.
Murrell Smith, Jr., LEE ERTER WILSON HOLLER & SMITH, LLC,
Sumter, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo B. Ham appeals the denial of his motions to appoint counsel and to compel discovery and the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ham v. Ozmint</u>, No. 6:10-cv-01095-DCN (D.S.C. May 14, 2010; Nov. 1, 2010; Jan 26, 2011 & Apr. 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>